Gabrielli, Fuchsberg and Cooke , JJ. (dissenting).
We find the clause specifically making plaintiffs "offer * * * null and void” if the letter of credit was not opened to be clear and unambiguous. Even if the relationship of that clause to the scheme of the entire letter-agreement involved here created an ambiguity, which we do not think it did, such ambiguity would have to be resolved against the plaintiff, who is conceded to be its draftsman. Therefore, in view of the fact that the letter of credit was not opened, the agreement became "null and void” and cannot, we believe, support the action here.
Chief Judge Breitel and Judges Jasen, Jones and Wachtler concur in memorandum; Judges Gabrielli, Fuchsberg and Cooke dissent and vote to reverse in a separate memorandum.
Order affirmed, with costs to abide the event. Question certified answered in the affirmative.